Matter of Armani M. (Angeleana M.)
2026 NY Slip Op 03609
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF ARMANI M. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, PETITIONER-RESPONDENT;
v
ANGELEANA M., RESPONDENT, AND DARYL G., RESPONDENT-APPELLANT.

Decided on June 5, 2026
MOTION NO. (373/23) CAF 22-00561.
Present: Lindley, J.P., Bannister, Montour, And Greenwood, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for writ of error coram nobis granted. Memorandum: Upon our review of the motion papers, we conclude that counsel's representation was not constitutionally adequate (see generally Matter of Parker J., - NY3d -, -, 2025 NY Slip Op 06533, *3-4 [2025]; cf. People v Alvarez, 33 NY3d 286, 291 [2019]). The order of April 28, 2023, is vacated, and this Court will consider the appeal de novo. Respondent-appellant is directed to file and serve the record and his brief on or before September 3, 2026.